IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EVERYWARE INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>V2 STAFFING, LLC, et al, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:11-cv-01412 (GBL/TRJ) |

## SUPPLEMENTAL REPORT AND RECOMMENDATION

After the magistrate judge filed a report and recommendation, herein, the district judge adopted the magistrate judge's findings in a Memorandum Order (no. 41). The court provided that plaintiff might submit additional evidence on the question of the amount of actual damages, and plaintiff has done so by declaration of Jace Greenman (no.43, ex. 1).

The declaration and counsel's supporting memorandum cogently explain why damages, based on a reasonable royalty, are appropriate here in the amount of $2,153,250.00. In view of the brevity of these documents, the magistrate judge finds it unnecessary to repeat their contract here, but incorporates them by reference.

### Recommendation

The magistrate judge recommends that judgment be entered against defendants in plaintiff's favor on Count II (misappropriation of trade secrets) in the amount of $2,153,250.00.

## Notice

By means of the court's electronic filing system, and by mailing a copy of this report and recommendation to defendants at their addresses for service of process, the parties are notified as follows. Objections to this report and recommendation must be filed within fourteen (14) days of service on you of this report and recommendation. A failure to file timely objections to this report and recommendation waives appellate review of the substance of the report and recommendation and waives appellate review of a judgment based on this report and recommendation.

_____
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia
September 30, 2013