IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| EVERYWARE INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:11-cv-1412 (GBL/TRJ) |
| v. | ) | |
| | ) | |
| | ) | |
| V2 STAFFING, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Upon consideration of the September 30, 2013 Report and Recommendation of United States Magistrate Judge Thomas Rawles Jones, Jr. (Doc. 44), who was designated to review evidence filed by Plaintiff on the amount of damages to award Plaintiff for the count of misappropriation of a trade secret (Doc. 1), no objection having been filed within fourteen (14) days, and upon an independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Jones. The final judgment is to follow.

**IT IS SO ORDERED.**

ENTERED this 13th day of November, 2013.

Alexandria, Virginia
11/13/13

/s/
Gerald Bruce Lee
United States District Judge